DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KOUA ZONG LO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. MJ-S-09-61 CMK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | MODIFYING PRE-TRIAL RELEASE |
| ) | CONDITIONS AS TO KOUA ZONG LO |
| KOUA ZONG LO, et al, ) | |
| ) | |
| ) | Judge: Hon. Kimberly J. Mueller |
| Defendants. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for Plaintiff, and Benjamin Galloway, Assistant Federal Defender, attorney for Koua Zong Lo, that the pretrial release condition requiring Mr. Lo to seek and/or maintain employment be removed.

   Mr. Lo is a 54 year-old man with a limited education and very limited ability to speak English.  He has worked in the past as a farmer, truck driver, and in factories, but he has been unemployed for some time.  This is due in part to the current difficult economic situation, and in part because he has been struggling with depression.

1  The parties agree that the employment condition should be removed for
2  the time being so that Mr. Lo will be able to focus on his mental
3  health issues without being required to struggle to find employment.
4  Pretrial Services Officer Darryl Walker is aware of this request and is
5  not opposed to it.

7  Dated: October 21, 2009          Respectfully submitted,
8                                   /s/ Benjamin D. Galloway
                                    BENJAMIN D. GALLOWAY
9                                   Federal Defender
                                    Attorney for Defendant
10                                  KOUA ZONG LO

11
                                    LARRY BROWN
12                                  United States Attorney

13                                  /s/ Benjamin D. Galloway for
                                    TODD LERAS
14                                  Assistant U.S. Attorney

16                              **ORDER**
17 **IT IS SO ORDERED.**
18 DATED: October 21, 2009

                                    _____
                                    U.S. MAGISTRATE JUDGE

2