```
                                    FILED
                                 October 20, 2009
                           CLERK, US DISTRICT COURT
                            EASTERN DISTRICT OF
                                 CALIFORNIA

                                  DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                 )
                                          )        Case No.  3:09-mj-61 CMK
                    Plaintiff,            )
v.                                        )        ORDER FOR RELEASE
                                          )        OF PERSON IN CUSTODY
KOUA ZONG LO,                             )
                                          )
                    Defendant.            )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  Koua Zong Lo , Case 3:09-mj-61 CMK  from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

　　　__　　Release on Personal Recognizance

　　　__　　Bail Posted in the Sum of _____

　　　X　　Unsecured bond in the amount of $150,000.00 to be co-signed by

　　　　　　John Lo, Mai Lo, Seng Lo and Tong Lo and to the third party custody

　　　　　　of John Lo. John Lo & Mai Lo co-signed today. Seng Lo and Tong Lo

　　　　　　to co-sign by October 23, 2009.

　　　__　　Appearance Bond with 10% Deposit

　　　__　　Appearance Bond secured by Real Property

　　　__　　Corporate Surety Bail Bond

　　　X　　(Other) Pretrial conditions/supervision.

Issued at  Sacramento, CA  on 10/20/09      at  3:55 p.m.

                                   By  _____
                                       Kimberly J. Mueller,
                                       United States Magistrate Judge