1 | DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2 | BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone (916) 498-5700

Attorney for Defendant
KOUA ZONG LO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Mag. 09-0061-CMK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER WAIVING** |
| v. | ) | **PRELIMINARY HEARING FOR** |
| | ) | **DEFENDANT KOUA ZONG LO** |
| KOUA ZONG LO, | ) | |
| | ) | DATE: November 5, 2009 |
| Defendants. | ) | TIME: 2:00 pm. |
| | ) | JUDGE: Hon. Dale A. Drozd |
| _____ | ) | |

It is hereby stipulated and agreed to between plaintiff United States of America, on the one hand, and defendant KOUA ZONG LO, on the other hand, through their respective counsel that:

1. Defense counsel has advised Lo of his right under F.R. Crim.P. 5.1 to a timely preliminary examination, and Lo voluntarily, knowingly, and intelligently waives that right;

2. The November 5, 2009, 2:00 p.m., hearing set for Lo's preliminary hearing shall be vacated; and

/ / /

/ / /

3. Lo's arraignment on an Indictment, if any, shall be held on November 17, 2009, at 2:00 p.m.

DATED: November 3, 2009

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/s/ Ben D. Galloway
_____
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for Defendant
KOUA ZONG LO

DATED: November 3, 2009

LAWRENCE G. BROWN
United States Attorney

/s/ Ben D. Galloway for
_____
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

Pursuant to amend stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

DATED: November 3, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/lo0061.stipord