1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:09-MJ-0061 CMK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER IN SUPPORT OF GOVERNMENT'S MOTION TO DISMISS |
| KOUA ZONG LO, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Todd D. Leras, and Benjamin Galloway, Attorney for Defendant Koua Zong Lo, that the Court grant the government's motion to dismiss the charges in the criminal complaint against defendant Koua Zong Lo.  The motion to dismiss was made pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure on December 16, 2009.  The parties further stipulate that granting of the motion is appropriate in light of Defendant Koua Zong Lo's death on December 3, 2009.

/////

/////

1

IT IS FURTHER REQUESTED THAT the preliminary examination on January 11, 2010, at 2:00 p.m. be vacated. Benjamin Galloway has authorized AUSA Leras to sign this stipulation on his behalf.

BENJAMIN B. WAGNER
United States Attorney

Dated: January 8, 2010        /s/ Todd D. Leras
TODD D. LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: January 8, 2010        /s/ Todd D. Leras for
Benjamin GALLOWAY
Attorney for Defendant
KOUA ZONG LO

**IT IS HEREBY ORDERED:**

1. The government's motion to dismiss charges against Defendant Koua Zong Lo is granted.

2. The preliminary examination scheduled for January 11, 2010 at 2:00 p.m. is vacated.

IT IS SO ORDERED

DATED: January 11, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/lo0061.stipord(2)